FILED: September 7, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1340 (L)
(05-ca-248026)

_____

BARDON, INC., d/b/a Aggregate Industries

   Petitioner

v.

NATIONAL LABOR RELATIONS BOARD

   Respondent

INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS, AFL-CIO, CLC

   Intervenor

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion, and accepts Intervenor's brief as filed.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk